UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA SUGGETT,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY JUSTICE CENTER, et al.,<br><br>  Defendants. | No. 2:23-cv-1353 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a county prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, the undersigned recommends dismissal of the claims found not potentially colorable in the September 27, 2023 order screening plaintiff's original complaint.

On September 27, 2023, the undersigned found that plaintiff's complaint stated potentially colorable claims for relief against defendants Wellpath Medical and Wong for allegedly violating plaintiff's right to privacy, and against defendants Wellpath Medical, Wong, Roesler and Nevarez for allegedly violating plaintiff's right to adequate medical/mental health care. (ECF No. 5.)

In the September 27, 2023 order, the undersigned found that the following claims were not potentially colorable: 1) all claims against defendant Solano County Justice Center; 2) claims alleging defendant Hagen disregarded plaintiff's grievances and violated the Health Insurance

1

Portability and Accountability Act ("HIPAA"); 3) HIPAA claim against defendant Wellpath Medical; 4) claim alleging defendant Hagen violated plaintiff's right to adequate medical care when he found plaintiff's grievances requesting Adderall unfounded; 5) claim against defendant Wellpath Medical for denial of plaintiff's grievances requesting Adderall; and 6) claims against defendant Pillay.  (Id.)

On October 30, 2023, plaintiff returned the Notice of Election form.  (ECF No. 10.)  In this form, plaintiff indicated that she opted to proceed on the claims found potentially colorable in the September 27, 2023 order.  (Id.)  Plaintiff did not mark the section of the Notice of Election form indicating that she consented to dismissal of those claims found not potentially colorable in the September 27, 2023 order.  (Id.)

Accordingly, for the reasons stated in the September 27, 2023 order, the undersigned herein recommends dismissal of those claims found not potentially colorable in that order.  The undersigned separately orders service of the potentially colorable claims.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that the following claims raised in the original complaint be dismissed:  1) all claims against defendant Solano County Justice Center; 2) claims alleging defendant Hagen disregarded plaintiff's grievances and violated HIPPA; 3) HIPAA claim against defendant Wellpath Medical; 4) claim alleging defendant Hagen violated plaintiff's right to adequate medical care when he found plaintiff's grievances requesting Adderall unfounded; 5) claim against defendant Wellpath Medical for denial of plaintiff's grievances requesting Adderall; and 6) claims against defendant Pillay.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

////

failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 2, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sugg1353.56