UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA SUGGETT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY JUSTICE CENTER, et al.,<br><br>　　　　　　Defendants. | No. 2:23-cv-1353-TLN-KJN<br><br><br>**ORDER** |

　　　　Plaintiff, a county prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 02, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff did not file objections to the findings and recommendations.

　　　　The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 02, 2023 (ECF No. 12) are ADOPTED IN FULL; and

2. The following claims raised in the original complaint (ECF No. 1) are DISMISSED: 1) all claims against Defendant Solano County Justice Center; 2) claims alleging Defendant Hagen disregarded Plaintiff's grievances and violated HIPPA; 3) HIPAA claim against Defendant Wellpath Medical; 4) claim alleging Defendant Hagen violated Plaintiff's right to adequate medical care when he found Plaintiff's grievances requesting Adderall unfounded; 5) claim against Defendant Wellpath Medical for denial of Plaintiff's grievances requesting Adderall; and 6) claims against Defendant Pillay.

3. This action will proceed on the following claims: (1) violation of Plaintiff's right to privacy against Defendants Wellpath Medical and Wong; and (2) violation of Plaintiff's right to adequate medical/mental health care against Defendants Wellpath Medical, Wong, Roesler, and Nevarez.

Date:  December 20, 2023

Troy L. Nunley
United States District Judge

2