UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA SUGGETT,<br>Plaintiff,<br>v.<br>SOLANO COUNTY, et al.,<br>Defendants. | No. 2:23-cv-0907-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 43.) Plaintiff filed objections to the findings and recommendations (ECF No. 44), and defendant Wellpath, LLC filed a response (ECF No. 45).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 28, 2026 (ECF No. 43) are ADOPTED in full;

2. Defendant Wellpath LLC's motion to dismiss (ECF No. 34) is GRANTED and the claims against it in this case and in the consolidated case at No. 2:23-cv-01353-TLN-CSK are DISMISSED without leave to amend. The Clerk of Court shall file a copy of this order in the consolidated case.

3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

DATE: August 26, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE